June 17th, 2015

Keith Peteet 1944708
c/o Robertson Unit
12071 F.M. 3522
Abilene, Tx 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 23 2015

Abel Acosta, Clerk

Court of Appeals
Abel Acosta - clerk
Supreme Court Bldg.
201 W. 14th St - Room 106
Austin, Texas 78711-2308

RE: Cause numbers of appeal 05-14-01198-CR
05-14-01199-CR

Dear Sir;

I am writing you this letter in hopes of getting so help and relief. I am in need of obtaining copies of all court records and transcripts regarding cause numbers - Trial Court Case No's F-1300371-L + F-1300372-L. to which I am filing a Petition for Discretionary Review - Pro-Se.

I need this paperwork in order to completely file said P.D.R., pro-se. your help and assistance will be greatly appreciated.

Respectfully Submitted
Keith Pefect #1944208
pro-se
July 17th, 2015